United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FIRE SHIPPING, LTD.                     §
                        Plaintiff,      §
                                        §
vs.                                     §          Civil Action No. **B - 04 - 1 38**
                                        §          Admiralty
GST SHIPPING LINE, LTD.,                §
a/k/a GST SHIPPING LINE                 §
                        Defendant.      §

## MOTION OF THE PLAINTIFF FOR THE ISSUANCE OF A
## RULE B WRIT OF MARITIME ATTACHMENT

To The Judge Of This Court:

COMES NOW Plaintiff Fire Shipping, Ltd., and requests the Court to instruct the Clerk

to issue a Rule B Writ of Attachment pursuant to the Supplemental Rules of Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and would show as

follows:

1.      Plaintiff has alleged within its complaint an *in personam* action against Defendant

        GST Shipping Line, Ltd. a/k/a GST Shipping Line for breach of charterparty.

2.      Attached to this Motion is an affidavit of James H. Hunter, Jr., an attorney for the

        Plaintiff. He attests to the fact that he cannot locate within this District an agent for

        service of process upon the Defendant, but that certain of its assets, and specifically,

        fuel/oil bunkers aboard the M/V GLYFADA, is present within the District.

3.      Plaintiff's claims for breach of charterparty are admiralty matters that are within the

        jurisdiction of this Court;

51982:1117165.1:081304

4.      Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the

Federal Rules of Civil Procedure provides for the attachment of a defendant's assets

in the event there is no agent for service of process within the District;

5.      Plaintiff has made due demand and further, has made repeated requests for security.

Defendants have failed to pay or otherwise post-security for Plaintiff's claims.  Thus,

Plaintiff requests that any and all fuel/oil bunkers aboard the M/V GLYFADA be

attached so that it can effect service and jurisdiction for its *in personam* action against

Defendant, GST Shipping Lines, Ltd. a/k/a GST Shipping Line, and obtain security

for its claims.

WHEREFORE, Plaintiff request this Court to instruct the Clerk to issue the attached

Writs and to the United States Marshal to serve the Writ by seizing and attaching any and all

fuel/oil bunkers aboard the M/V/ GLYFADA owned by Defendant.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:_____
        James H. Hunter, Jr.
        Federal ID # 15703
        Texas State Bar # 00784311
        Sara Barrientes
        Federal ID # 37134
        Texas State Bar # 24040478
        **Attorneys for Plaintiff**
        **FIRE SHIPPING, LTD.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:  (956) 542-4377
Telecopier:  (956) 542-4370