5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 16 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| FIRE SHIPPING, LTD. | § | |
| Plaintiff, | § | |
| | § | B-04-138 |
| vs. | § | Civil Action No. _____ |
| | § | Admiralty |
| GST SHIPPING LINE, LTD., | § | |
| a/k/a GST SHIPPING LINE | § | |
| Defendant. | § | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

On the 16th of August, 2004, came on to be considered the Plaintiff's Motion to Appoint Substitute Custodian, with supporting affidavits. The Court finds the Motion well taken and GRANTS same. Accordingly,

IS HEREBY ORDERED that the United States Marshal for the Southern District of Texas shall surrender the possession of the Defendant fuel/oil bunkers to the substitute custodian named herein upon executing the attachment in this action and that upon such surrender the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said property and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping.

IT IS FURTHER ORDERED that Marine Salvage & Services, Inc. be, and is hereby, appointed the custodian of said property to retain the same in its custody for possession and safekeeping for the aforementioned compensation until further Order of the Court.

51982:1117177.1:081304

-5-

<u>IT IS FURTHER ORDERED that all Marshal's costs be paid prior to release of said property; and all further custodial costs will be born by Plaintiff, until the Court orders otherwise.</u>

<u>IT IS FURTHER ORDERED that the substitute custodian must receipt for the property and the Marshal must attest to the date and time of release on a certified copy thereof.</u>

IT IS FURTHER ORDERED that Plaintiff's attorney will serve by facsimile and certified mail, return receipt requested, a copy of said Order to Defendant, GST Shipping Line a/k/a GST Shipping Line at its base of operations and through its European General Agent: GMT Shipping & Agency NV, Stijfselrui 44, bus 17, 3rd Floor, 2000 Antwerpen, Belgium, and facsimile no.: 32-3-222-1659.

DONE AND ENTERED at Brownsville, Texas, this 16 day of August, 2004.

_____
United States ~~District~~ Judge
MAGISTRATE