UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumed

| | |
|---|---|
| FIRE SHIPPING, LTD. § | |
| Plaintiff § | |
| § | |
| § | Civil Action No. B-04-138 |
| vs. § | Admiralty |
| § | |
| GST SHIPPING LINE, LTD., § | |
| a/k/a GST SHIPPING LINE § | |
| Defendant § | |

### ORDER FOR ATTACHMENT

Having reviewed the Verified Complaint and Motion for Issuance of Attachment filed by the Plaintiff, the Court finds the conditions of Rule B appear to exist. Accordingly,

1. The United States District Clerk is ORDERED to issue a Writ of Attachment as set forth in the form provided by the Plaintiff.

2. In conformity with the Writ of Attachment, the United States Marshal for the Southern District of Texas is ORDERED to:

    A. Attach any and all fuel/oil bunkers owned by GST Shipping Line, Ltd. a/k/a GST Shipping Line, aboard the M/V GLYFADA;

    B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the bunkers or his agent; and

    C. Return the warrant promptly.

3. Normal operations, including cargo, may continue aboard the vessel, and at the risk and expense of the vessel's and Defendant's interest, it may shift to another berth within the Southern District of Texas, Brownsville Division, if it is more economical and/or efficient to transfer bunkers to a storage terminal.

4. The bunkers may be released from seizure without a further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the Court has not entered an order to the contrary.

Done and Entered at Brownsville, Texas, this _16 TH_ day of August, 2004.

_____
United States ~~District~~ Judge
  MAGISTRATE