United States District Court
Southern District of Texas
FILED

AUG 17 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRE SHIPPING, LTD. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-04-138 |
| | § | Admiralty |
| GST SHIPPING LINE, LTD., | § | |
| a/k/a GST SHIPPING LINE | § | |
| Defendant. | § | |

## CONSENT TO RELEASE OF BUNKERS ATTACHED PURSUANT TO RULE B

TO THE JUDGE OF THIS COURT:

COMES NOW Fire Shipping, Ltd., Plaintiff, and gives notice of its consent to the release of "any and all bunkers owned by GST Shipping Line, Ltd a/k/a GST Shipping Line aboard the M/V GLYFADA...", attached by the U.S. Marshall on August 16, 2004, pursuant to Rule B Write of Attachment.

### I.

London solicitors for Defendant GST have provided documentation that the bunkers aboard the M/V GLYFADA are actually owned by a related company--GMT Shipping (emphasis ours). Consequently, although it is questionable whether the attachment was effective (given that the bunkers were owned by GMT and not GST), Plaintiff, out of an abundance of caution, files this notice of consent to release of attachment of any and all bunkers aboard the M/V GLYFADA.

51982:1117874.1:081704

## II.

In conformity with Paragraph 4 of the Court's Order for Attachment dated August 16, 2004, the Plaintiff, through undersigned attorneys, have provided the U.S. Marshal with the attached written authorization to release any such attachment, and further, that the attorneys for the Defendant consent to the release. The Court has not entered any orders to the contrary.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Federal ID # 15703
Texas State Bar # 00784311
Sara Barrientes
Federal ID # 37134
Texas State Bar # 24040478
**Attorneys for Plaintiff**
**FIRE SHIPPING, LTD.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
P. O. Box 3509
Brownsville, TX 78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

CORPUS CHRISTI, TEXAS
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*James H. Hunter, Jr., Partner*
jim.hunter@roystonlaw.com

August 17, 2004

**_VIA FACSIMILE (956) 548-2534_**
**_& VIA HAND DELIVERY_**

United States Marshals Service
Department of Justice
600 E. Harrison St., Room 1032
Brownsville, Texas 78520

Attn:  **Lorraine** - Civil Process

RE:  C.A. No. B-04-138
*Fire Shipping, Ltd. V. GST Shipping Line, Ltd. a/k/a GST Shipping Line*
In the United States District Court
for the Southern District of Texas;
Brownsville Division
Our File:  51,982

Dear Madam:

As discussed, we have been advised by Defendant's (GST's) London lawyers that the fuel/oil bunkers Plaintiff sought to attach yesterday are actually owned by an entity by the name of GMT Shipping Line. If this information is correct, then the attachment of "any and all fuel/oil bunkers" owned by GST. . ." was not an effective attachment.

Out of an abundance of caution, however, Plaintiff hereby gives notice that it <u>authorizes the release of the bunkers</u> and further (a) we have conferred with the attorneys representing the Defendant GST, and they consent to the release; (b) we have filed this consent and (c) the Court has not entered any orders to the contrary.



EXHIBIT "A"

United States Marshals Service										Page 2
August 17, 2004

      To the extent the Marshal needs to issue a formal release of the bunkers, please fax a copy of same to the substitute custodian, whose fax number is below.

      Thank you for your professional courtesy and cooperation. If you have any questions, please do not hesitate to contact us.

                                Yours faithfully,

                                **ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

                                By: _____
                                       James H. Hunter, Jr.

JHH:ss

  cc:     Richards Butler
            Attn:   Mr. Charles Weller &
                     Mr. David Semark
            ***VIA FACSIMILE 011-44-20-7539-5112***

  cc:     Winter Scott
            Attn: Richard Verney, Esq.
            (YOUR REF: RJV/MAC/2021387
            ***VIA FACSIMILE 011-44-20-7626-5591***

  cc:     Marine Salvage & Services, Inc.
            Attn: Mr. William E. Kenon
            416 W. South Shore Drive
            Port Isabel, Texas 78578
            ***VIA FACSIMILE (956) 943-4516***

51982:1117865.1:081704

**Jim Hunter**

| | |
|---|---|
| **From:** | Glenn Winter [gwinter@winterscott.co.uk] |
| **Sent:** | Tuesday, August 17, 2004 10:39 AM |
| **To:** | Jim Hunter |
| **Cc:** | Semark, David |
| **Subject:** | RE: Glyfada |

We confirm that we represent GST Shipping Line Ltd. and that our Clients consent to the release of the bunkers on board "Glyfada".

Best regards,

Glenn Winter
Winter Scott

Winter Scott
19-21 Great Tower Street
London EC3R 5AR
Telephone: +44 (0)20 7648 2460
Fax: +44 (0)20 7626 5591
DX: 518 London/City
CONFIDENTIALITY NOTICE: This e-mail is intended only for the addressee.
It may contain privileged and/or confidential information. If you are not the intended recipient please inform us on the above telephone number immediately and do not disclose the contents or take copies.

EXHIBIT "B"