8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIRE SHIPPING, LTD. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-04-138 |
| | § | Admiralty |
| GST SHIPPING LINE, LTD., | § | |
| a/k/a GST SHIPPING LINE | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, **FIRE SHIPPING, LTD.**, and makes this its Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, and in support thereof would respectfully show as follows:

**I.**

Plaintiff's attempt to attach the property of the Defendant pursuant to Rule B of the Supplemental Admiralty Rules was unsuccessful. Without the Defendant's property in this district, Plaintiff cannot obtain *in personam* jurisdiction over the Defendant.

**II.**

As the Defendant has not served an answer or other responsive pleading, Defendant files this Notice of Dismissal pursuant to the provisions of Rule 41(a)(1)(i), Federal Rules of Civil Procedure, without prejudice to refiling same.

51982:1118013.1:081804

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Federal ID # 15703
Texas State Bar # 00784311
Sara Barrientes
Federal ID # 37134
Texas State Bar # 24040478
**Attorneys for Plaintiff**
**FIRE SHIPPING, LTD.**

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
P. O. Box 3509
Brownsville, TX 78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370