**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

United States District Court
Southern District of Texas
FILED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRE SHIPPING, LTD. | B-04-138 |
| DEFENDANT | TYPE OF PROCESS |
| GST SHIPPING LINE, LTD., a/k/a GST SHIPPING LINE | Summons & Complaint |

Michael N. Milby
Clerk of Court

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CAPTAIN OF M/V GLYFADA, OR PERSON IN CHARGE OF FUEL OIL BUNKERS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** M/V GLYFADA is berthed at Dock #15, Port of Brownsville, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JAMES H. HUNTER, JR.
Royston, Rayzor
P.O. Box 3509
Brownsville, TX 78523-3509

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

- M/V GLYFADA is at dock #15, Port of Brownsville
- Ask for Captain or other person in charge of fuel oil bunkers & serve the process.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: OFC - 542.4377 / CEL - 956.495-5100
DATE: 8/16/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 8-16-04 | | am / pm |

Signature of U.S. Marshal or Deputy
Jason Bullyn

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 8.25 | | 188.25 | | | |

REMARKS:

Deputies Gullingsrud and Zucker served Chief Billano, Johnathan with appropriate forms and vessel as turned over to William Kenon, Substitute Custodian.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|