**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the United States Marshal"
on the reverse of this form.

10

United States District Court
Southern Dist[rict of Texas]
FILED
Michael N. [Milby]
Clerk of Court

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRE SHIPPING, LTD. | B-04-138 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GST SHIPPING LINE, LTD., a/k/a GST SHIPPING LINE | WRIT OF ATTACHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PROPERTY TO BE ATTACHED: "ANY & ALL FUEL/OIL BUNKERS" ON M/V GLYFADA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** M/V GLYFADA is docked at Port of Brownsville, Dock 15

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JAMES H. HUNTER, JR.
ROYSTON, RAYZOR
P.O. BOX 3509
Brownsville, TX 78523-3509

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

- SERVE THE WRIT ON THE PERSON IN CHARGE OF FUEL/OIL BUNKERS ONBOARD M/V GLYFADA, OR THE CAPTAIN.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: OFC - 542.4377  cel - 956.495-5100
DATE: 8/16/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Billano, Jonathan C

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/16/04   Time: 1520 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $180.00 | $8.25 | | | | | |

REMARKS: 2 Deputies   22 miles RT   2 hrs
Served CHIEF OFFICER Billano, Jonathan C. SHIPS CAPTAIN WAS OFF SHIP AND WE WERE unable to locate

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)